AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 1 2020

MITCHELL R. ELFERS
CLERK

| | |
|---|---|
| United States of America<br>v.<br>Krystal SANCHEZ<br><br>Defendant(s) | ) ) ) ) ) ) ) )    Case No. 20-MJ-1692 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **September 29, 2020** in the county of **Bernalillo** in the District of **New Mexico**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) and 841(b)(1)(A) | On or about the above dates, Krystal SANCHEZ did possess with intent to distribute 788 gross grams of substance containing methamphetamine. |

This criminal complaint is based on these facts:

See Attached Affidavit

☒ Continued on the attached sheet.

*Michael Parten*
Complainant's signature

Michael Parten, Special Agent, ATF
Printed name and title

Sworn telephonically & submitted electronically via email.

Date: 10/01/2020

Judge's signature

City and state: Albuquerque, NM

Jerry H. Ritter  U.S. Magistrate Judge
Printed name and title

Page 2 of 3 Pages

Criminal Complaint - Continued.

United States of America
    V.
Krystal SANCHEZ
SSN: 9843

---

I, Michael Parten, being duly sworn and deposed, state the following:

1. I am a Special Agent employed by the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives. I have been so employed since November 2005. I am currently assigned to the Jackson, MS Field Office. As a Special Agent, I am responsible for conducting investigations of violations of Federal Firearms Law, Explosives Laws and Arson Laws. I am a graduate of the University of Southern Mississippi, the Federal Law Enforcement Training Center Criminal Investigator School and the ATF National Academy's Special Agent Basic Training.

   During my tenure, with ATF, I have been involved in various degrees and capacities, with numerous investigations. The investigations involved the illegal possession of firearms by convicted felons, the possession and use of firearms by narcotics traffickers, illegal sale or possession of machineguns and short-barrel shotguns or rifles, arsons of structures which affect interstate commerce, and the manufacture, possession or use of illegal explosive devices. A number of these investigations have included conspiratorial relationships between multiple defendants and generally involved a series or pattern of criminal activities or multiple criminal schemes. I have also participated in a number of investigations, which were conducted under a wide range of jurisdictions.

2. The statements contained in this affidavit are based, in part, on information provided by Special Agents and/or Task Force Officers of the ATF and other law enforcement officers, and on my background and experience as a Special Agent of the ATF.

3. This affidavit is intended to show only that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

## PROBABLE CAUSE

4. On Tuesday September 29, 2020, agents from Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), Homeland Security Investigations (HSI), the Drug Enforcement Administration (DEA) as well as deputy marshals from the United States Marshals Service (USMS) served a federal search warrant on a residence located at 616 Prospect Ave. NW, Albuquerque, NM. Approximately 788 gross grams of a substance containing methamphetamine was recovered from within the residence, at this location, and from within vehicles at this location.

Page 3 of 3 Pages

Criminal Complaint - Continued.

United States of America
    V.
Krystal SANCHEZ
SSN: 9843

5. Krystal SANCHEZ was an occupant of 616 Prospect Ave. NW, at the time this search warrant was executed. After having her Miranda Rights read and explained to her, SANCHEZ agreed to speak with agents. SANCHEZ stated she sells methamphetamine and heroin to support her drug habit and to keep her head above water. SANCHEZ stated she has been selling narcotics for a couple of months and acquires between two and three pounds of methamphetamine a week from her source of methamphetamine.

6. The suspected methamphetamine is described as field-testing presumptively positive and weighting approximately 788 gross grams.

7. Based upon these facts, your Affiant opines there is probable cause to believe that Krystal SANCHEZ, possessed 788 grams of a substance containing methamphetamine, a schedule II controlled substance, with the intent to distribute, in violation of Title 21 U.S.C. § 841(a)(1) and (b)(1)(A).

Respectfully submitted,

*Michael Parten* (signature)

Michael Parten
Special Agent
ATF

Sworn telephonically & submitted electronically via e-mail
on October 1, 2020:

_____
UNITED STATES MAGISTRATE JUDGE