# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

Before the Honorable Jerry H. Ritter

Preliminary/Detention

| | | | |
|---|---|---|---|
| Case Number: | 20mj1692 | UNITED STATES vs. Sanchez | |
| Hearing Date: | 10/7/2020 | Time In and Out: | 11:25 am-11:29 am |
| Courtroom Deputy: | C. Lopez | Courtroom: | ABQ-ZOOM |
| Defendant: | Krystal Sanchez | Defendant's Counsel: | Alexandra Jones |
| AUSA: | Niki Tapia-Brito | Pretrial/Probation: | Sandra Day |
| Interpreter: | | Witness: | |

## Initial Appearance

- ☐ Defendant received a copy of charging document
- ☐ Court advises defendant(s) of possible penalties and all constitutional rights
- ☐ Defendant
- ☐ Government moves to detain     ☐ Government does not recommend detention
- ☐ Set for         on         @

## Preliminary/Show Cause/Identity

- ☒ Defendant waives Preliminary Hearing
- ☒ Court finds probable cause     ☐ Court does not find probable cause

## Detention

- ☒ Defendant waives Detention Hearing
- ☐

## Custody Status

- ☒ Defendant remanded to custody of United States Marshal's Service
- ☐ Conditions

## Other

- ☐ Matter referred to     for Final Revocation Hearing
- ☐